UNITED STATES of America v. Herbert I. SEGAL, et al., Respondents (David RAVITZ, Intervener-Appellant).

No. 8279.

Circuit Court of Appeals, Third Circuit.

Argued May 21, 1943.

Decided May 27, 1943.

Edward J. Gilhooly, of Newark, N. J. (Gilhooly & Yauch, of Newark, N. J., on the brief), for appellant.

Paul J. Mulcahy, Asst. U. S. Atty., of Trenton, N. J. (Charles M. Phillips, U. S. Atty., of Trenton, N. J., on the brief), for appellee.

Before BIGGS, MARIS, and WOODBURY, Circuit Judges.

PER CURIAM.

The order of the District Court is affirmed upon the authority of McMann v. Securities & Exchange Commission, 2 Cir., 1937, 87 F.2d 377, 109 A.L.R. 1445, and Zimmerman v. Wilson, 3 Cir., 1939, 105 F.2d 583.